**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. KATRINA Y. ROBERTS,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **May 10, 2010**, commencing at 11:00 a.m., the court shall conduct a telephonic setting conference to set a hearing date on **Defendant Katrina Y. Robert's Motion To Continue The Scheduled Dates Set Forth in The Trial Preparation Conference Order and To Declare This Case Complex** [#63] filed May 7, 2010. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: May 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.