**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. KATRINA Y. ROBERTS,

    Defendants.

**MINUTE ORDER**[1]

    Due to a conflict that has arisen on the court's calendar, the jury trial in 09-cv-02977-REB-KLM, Iowa Pacific Holdings, LLC v. National Railroad Passenger Corporation, will extend into Wednesday, July 6, 2011, the change of plea hearing set for July 6, 2011, should be vacated and reset.

    **THEREFORE, IT IS ORDERED** that the change of plea hearing set for July 6, 2011, is **VACATED** and is **CONTINUED** to **July 11, 2011**, at 9:00 a.m.

    Dated: June 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.